STATE OF NEW JERSEY v. RICHARD MIERZEJWSKI.

September 18, 1984.

Petition for certification denied.

CHARLES PITTS v. DIVISION OF NEW JERSEY
RACING COMMISSION.

September 18, 1984.

Petition for certification denied.

JOHN ALTIMAS v. SOL BERGER.

September 18, 1984.

Petition for certification denied.

BRIAN DOYLE v. FERDON EQUIPMENT COMPANY.

September 18, 1984.

Petition for certification denied.